No. 66385.—United China & Glass Co. *v.* United States, protest 60/22302–15908 (New Orleans).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise is similar to that the subject of Abstract 65776, the claim of the plaintiff was sustained.